## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cameron Aviles, a Special Agent with the United States Drug Enforcement Administration (hereinafter referred to as DEA), U.S. Department of Justice, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Drug Enforcement Administration (DEA). I have been employed as a Special Agent with the DEA since May 2025. I successfully completed the DEA Basic Agent's Training Academy in Quantico, Virginia. During my tenure at the DEA Academy, I received specialized training in various investigative techniques, including electronic, fixed, and mobile surveillance. I received formal training in the identification of various types of controlled substances by sight and smell, the way-controlled substances are packaged, marketed, and consumed, and the effects of various drugs on human physiology. Furthermore, I received formal training that focused on the transportation and distribution used by individuals involved in the transportation, smuggling, and distribution of illegal drugs. I am currently assigned to the DEA Caribbean Division, San Juan, Puerto Rico Office, where I conduct investigations of large-scale drug trafficking organizations, violent gangs, and federal narcotics violations under Title 21, United States Code and related offenses.

2. As a Special Agent, I am responsible for conducting investigations into several areas, including the alleged manufacture, distribution, or possession of controlled substances (Title 21, United States Code, Section 841 (a) (1)); and conspiracy to distribute a narcotic controlled substance into the United States (Title 21, United States Code, Section 846). Additionally, I am responsible for investigating the importation of controlled substances (Title 21, United States Code, Section 952(a)), the possession of a firearm with an obliterated serial number (Title 18, United States Code, Section 992 (k)), and related offenses. Throughout my law enforcement

career, I have conducted interviews with individuals engaged in drug trafficking and money laundering operations. I have also interviewed confidential sources and cooperating defendants regarding the practices and habits of individuals involved in the illicit drug trade and the methods used to launder the proceeds. My training and the expertise of senior agents and task force officers have equipped me with a comprehensive understanding of the modus operandi of drug traffickers. I am also well-versed in the trafficking of illegal drugs and their proceeds, as well as drug trafficking organizations based in Puerto Rico.

3. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of Title 18 *United States Code* of Section 2510 (7). Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, *United States Code* Section 2516.

4. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause that DUAMEL JOSE NATAL-GONZALEZ ("NATAL-GONZALEZ") violated Section 922(o) of Title 18.

## FACTS ESTABLISHING PROBABLE CAUSE

5. On February 17, 2026, PRPB Agents executed a search warrant on a residence in Barriada La Figueroa in San Juan, Puerto Rico. During the execution of the search warrant, PRPB agents seized a Glock 21 .45 caliber bearing serial number MUW057 located in the living room underneath the television in the entertainment center. According to PRPB agents, Glock 21 had a magazine inserted with thirteen .45 caliber bullets, however, no bullet was loaded in the

chamber. Furthermore, PRPB agents also seized a black bag that was found underneath the firearm which contained an additional six .45 caliber high-capacity magazines and 133 bullets of .45 caliber ammunition. Agents also noted that the Glock appeared to have a home-made metal shim attached to the slide cover plate, known as chip or auto-sear. This device is designed to constantly apply force to the pistol trigger bar to prevent it from resetting and locking to automatically allow for continuous rounds to be fired with a single pull of the trigger. Based on my training and experience this type of modification, especially in conjunction with high-capacity magazines, is commonly associated with firearms that have been altered to function as machine guns, that is a firearm which fires multiple rounds with a single press of the trigger. Based on my training and experience, as well as the training and experience of senior agents, the pistol frame underneath the right side of the slide cover plate looks worn from the use of the pistol with a homemade auto-sear (Picture 1). Because of the movement of the slide backwards and forwards, the leg or shim of the auto-sear (Picture 2) has dug or cut a groove into the pistol frame. This groove is not produced during the manufacturing process, nor is the pistol professionally altered where the cut looks purposeful. Instead, the missing plastic from the pistol frame underneath the slide cover plate is clearly indicative of some alteration of the firearm. Given that this alteration is in the location where an auto-sear leg or shim would be installed it is indicative of a homemade auto-sear being installed and used in this pistol.



Picture 1



Picture 2

In the days leading up to the Search Warrant, PRPB Agents had observed NATAL-GONZALEZ entering and exciting that same residence.  According to the Affidavit accompanying that Search Warrant, a PRPB agent had observed NATAL-GONZALEZ with a firearm in his waist.

6. As PRPB agents entered the RESIDENCE, they encountered three children, one child was 9 years old, one was 8 years old and a third child who was 5 years old. NATAL-GONZALEZ was outside of the RESIDENCE when PRPB agents made entry. As PRPB agents made entry into the RESIDENCE, NATAL-GONZALEZ stated, "Yo soy un varon, y yo me voy a hacer responsable por lo que ocupen en la casa". Which roughly translates to "I am a man; I will take responsibility for whatever is seized at the house.

7. Based on my training and experience, I know that firearms and ammunition are not manufactured in Puerto Rico. Therefore, this firearm and ammunition traveled through interstate commerce from their origin point to Puerto Rico.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

CAMERON AVILES

Digitally signed by CAMERON AVILES
Date: 2026.02.19
14:04:17 -05'00'

Cameron Aviles
Special Agent
Drug Enforcement Administration

Sworn to via phone on the 19th day of  February, 2026 at ___3:44 p.m.___ in accordance with Rule 4.1

Hector Ramos-Vega
United States Magistrate Judge